UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA SWEET; et al., <br><br> Plaintiffs - Appellees, <br><br> EVERGLADES COLLEGE, INC., <br><br> Intervenor - Appellant, <br><br> v. <br><br> MIGUEL A. CARDONA, Secretary of the United States Department of Education and U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants - Appellees, <br><br> ------------------------------ <br><br> LINCOLN EDUCATIONAL SERVICES CORPORATION; et al., <br><br> Intervenors. | Nos. 23-15049, 23-15050, 23-15051 <br><br> D.C. No. 3:19-cv-03674-WHA <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The amicus brief submitted on December 30, 2024 by State of Ohio, et al. is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT