**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA SWEET; et al.,<br><br>    Plaintiffs-Appellees,<br><br>EVERGLADES COLLEGE, INC.,<br><br>    Intervenor-Appellant,<br><br> v.<br><br>MIGUEL A. CARDONA, Secretary of the United States Department of Education; U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendants-Appellees,<br>_____<br><br>LINCOLN EDUCATIONAL SERVICES CORPORATION; et al.,<br><br>    Intervenors. | Nos. 23-15049<br>       23-15050<br>       23-15051<br><br>D.C. No. 3:19-cv-03674-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: COLLINS, FORREST, and SUNG, Circuit Judges.

    Appellees are directed to file a response to the petition for rehearing en banc filed on December 20, 2024. *See* Dkt. 94. The response shall not exceed 15 pages or 4,200 words, and shall be filed within 21 days of the date of this order.